# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | |
|---|---|
| DEVONTAE RIVERS<br>    Petitioner, | )<br>)<br>) **Case No. 3:12-CV-00087 SWW-JTK**<br>)<br>v.  )<br>)<br>DALE COOK, Sheriff,  )<br>Mississippi County  )<br>    Respondent.  ) |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerome T. Kearney. There have been no objections. The findings and recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this complaint with prejudice.

IT IS SO ORDERED this 14th day of June 2012.

/s/Susan Webber Wright
United States District Judge